## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**BRETT MARTIN PETERS,**               :

    **Petitioner**               :

                                              CIVIL ACTION NO. 3:15-2141

**v.**                                   :

                                              (Judge Mannion)

**TAMMY FURGONSON,**                    :
**Superintendent,**

                                :

    **Respondent**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. This Court's 30 Day Administrative Order, issued November 12, 2015 (Doc. 2) is **VACATED.**

3. Financial determinations shall be left to the transferee court.

4. The Clerk of Court shall **CLOSE** this case.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: November 13, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2141-01-ORDER.wpd